Damacia Busby #1275382
Stringfellow Unit. B9-25
1200    FM    655
Rosharon, Texas 77583

November 12, 2015

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: STATUS of Writ, Tr.ct.No.978120-B - WR-77,445-04

Dear Clerk, Acosta

   On or about July 7,2015 I recieved a white-card which notified me that the trial court's request for an extension of time, pursuant to T.R.A.P. 73.5 was granted, and that the court was awaiting the clerk's record containing my 11.07 application.

   To date I have not recieved any information on my 11.07 application and memorandum of law insupport.

   Will you please inform me of the status of my application and send me any of the information pertaining to my application.

   Thank you for your time and assistance in this matter.


Sincerely,

Damacia Busby 1275382
Damacia Busby # 1275382

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 1 7 2015

Abel Acosta, Clerk